IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-06 |
| KIDADA SAVAGE | : | |

**O R D E R**

**AND NOW**, this 22nd day of December, 2011, upon consideration of Defendant Kidada Savage's Motion to Preclude the Death Penalty Due to Constitutionally Unsurmountable Time Constraints on Mitigation Investigation (ECF No. 336), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

                                                                **BY THE COURT:**

                                                                */s/ R. Barclay Surrick*
                                                                **U.S. District Judge**