IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550-03 |
| ROBERT MERRITT | : | NO. 07-550-04 |
| STEVEN NORTHINGTON | : | NO. 07-550-05 |
| KIDADA SAVAGE | : | NO. 07-550-06 |

**O R D E R**

**AND NOW**, this  25th  day of   June   , 2012, upon consideration of Defendant Kaboni Savage's Motion to Transfer Venue Outside of the Eastern District of Pennsylvania (ECF No. 376), and the Government's response to the Motion (ECF No. 460), it is **ORDERED** that Defendant's Motion is **DENIED** without prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**