IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550-03 |
| ROBERT MERRITT | : | NO. 07-550-04 |
| STEVEN NORTHINGTON | : | NO. 07-550-05 |
| KIDADA SAVAGE | : | NO. 07-550-06 |

**O R D E R**

**AND NOW**, this 18th day of December, 2012, upon consideration of Defendant Steven Northington's Motion to Sever (ECF No. 363), Defendant Kaboni Savage's Motion to Sever Counts (ECF No. 383), and Defendant Kidada Savage's Motion to Sever (ECF No. 433), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motions are **DENIED**.[1]

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**U.S. District Judge**

---

[1] Merritt's Motion to Sever is also **DENIED**.