IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 07-550 |
| KABONI SAVAGE : | |
| ROBERT MERRITT : | |
| STEVEN NORTHINGTON : | |
| KIDADA SAVAGE : | |

**O R D E R**

**AND NOW**, this 23rd day of January, 2013, upon consideration of Defendant Kaboni Savage's Motion to Suppress Physical Evidence Seized From 3510 Palmetto Street and Request for a *Franks* Hearing (ECF Nos. 398, 400, 415), the Government's Response thereto (ECF No. 466), and after a hearing in open court, it is **ORDERED** that the Motion is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

*/s/R. Barclay Surrick*
**U.S. District Judge**