IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550 |
| KABONI SAVAGE | : | |
| ROBERT MERRITT | : | |
| STEVEN NORTHINGTON | : | |
| KIDADA SAVAGE | : | |

**O R D E R**

**AND NOW**, this 23rd day of January, 2013, upon consideration of Defendant Kaboni Savage's Motion to Suppress Physical Evidence Seized From the Village of Stoney Run Apartment and Defendant's 1997 Mercury Villager and Request for a *Franks* Hearing (ECF Nos. 404, 418), the Government's Response thereto (ECF No. 466), and after a hearing in open court, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/R. Barclay Surrick*
**U.S. District Judge**