IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550 - 03 |

**O R D E R**

**AND NOW**, this 23rd day of January, 2013, upon consideration of Defendant Kaboni Savage's Motion *in Limine* to Preclude the Testimony of Lamont Lewis Regarding the Murder of Kenneth Lassiter (ECF No. 839 (filed under seal)), and the Government's response thereto (ECF No. 909 (filed under seal)), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/R. Barclay Surrick*
**U.S. District Judge**