IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550-03 |
| ROBERT MERRITT | : | NO. 07-550-04 |
| STEVEN NORTHINGTON | : | NO. 07-550-05 |
| KIDADA SAVAGE | : | NO. 07-550-06 |

**O R D E R**

**AND NOW**, this 28th day of January, 2013, upon consideration of Defendant Steven Northington's Motion to Increase Pool of Prospective Jurors and to Strike the Current Jury Panel (ECF No. 701), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**