IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550-03 |

**O R D E R**

**AND NOW**, this 31st day of January, 2013, upon consideration of Defendant Kaboni Savage's Motion in Opposition to Anticipated Government Motion to Introduce 404(b) Evidence (ECF No. 392), and the Government's response (ECF No. 462), it is **ORDERED** that the Motion is **DENIED**.

    **IT IS SO ORDERED.**

                       **BY THE COURT:**

                        */s/R. Barclay Surrick*
                        **U.S. District Judge**