IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | No. 07-550-03 |

### ORDER

AND NOW, this 31st day of January, 2013, upon consideration of Defendant Kaboni Savage's Motion to Compel the Production of *Brady*, *Giglio* and *Napue* Discovery (ECF No.753) it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part.

**IT IS SO ORDERED.**

BY THE COURT:

_____
R. BARCLAY SURRICK, J.