IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550-03 |
| ROBERT MERRITT | : | NO. 07-550-04 |
| STEVEN NORTHINGTON | : | NO. 07-550-05 |
| KIDADA SAVAGE | : | NO. 07-550-06 |

**O R D E R**

**AND NOW**, this 1st day of February, 2013, upon consideration of Defendants Kaboni Savage and Steven Northington's Motion to Suppress Physical Evidence Seized from 3643 North Darien Street and Request for a *Franks* Hearing (ECF Nos. 400, 402), the Government's Response thereto (ECF No. 466), and after a hearing in open court, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**