IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| STEVEN NORTHINGTON | : | NO. 07-550-05 |

# **ORDER**

AND NOW, this 20th day of March, 2013, upon consideration of Defendant Steven Northington's Motion *in Limine* to Redact Portions of Cell Block Recording 655-2. (ECF No. 1125) it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/R. Barclay Surrick*
**U.S. District Judge**