IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550 - 03 |
| ROBERT MERRITT | : | NO. 07-550 - 04 |
| STEVEN NORTHINGTON | : | NO. 07-550 - 05 |

# **O R D E R**

**AND NOW**, this 10th day of May, 2013, upon consideration of Defendant Kaboni Savage's Motion to Strike the Revised Notice of Intent to Seek the Death Penalty (ECF No. 373), Defendant Robert Merritt's Motion to Strike or Modify the Notice of Intent to Seek the Death Penalty (ECF No. 368), and Defendant Steven Northington's Motion to Strike Aggravating Circumstances or in the Alternative to Compel Discovery (ECF No. 364), it is **ORDERED** as follows:

1. Robert Merritt's Motion (ECF No. 368) is **GRANTED** in part and **DENIED** in part as follows:

    A. Defendant's request for an evidentiary outline concerning the vulnerable victim aggravating factor is **GRANTED**. The Government shall provide this information on or before Wednesday, May 15, 2013.

    B. Defendant's request for additional information concerning the victim impact aggravating factor is **GRANTED**. The Government shall provide all victim impact statements, or in the alternative, an outline of the evidence it intends to present with respect to each victim witness, on or

before Wednesday, May 15, 2013. Upon receipt of this information, Merritt may renew objections to the proposed victim impact evidence.

  C. All other relief sought by Merritt is **DENIED**.

2. Kaboni Savage's Motion (ECF no. 373) is **GRANTED** in part and **DENIED** in part as follows:

  A. Defendant's request for an evidentiary outline concerning the vulnerable victim aggravating factor is **GRANTED**. The Government shall provide this information on or before Wednesday, May 15, 2013.

  B. Defendant's request for additional information concerning the victim impact aggravating factor is **GRANTED**. The Government shall provide all victim impact statements, or in the alternative, an outline of the evidence it intends to present with respect to each victim witness, on or before Wednesday, May 15, 2013. Upon receipt of this information, Savage may renew objections to the proposed victim impact evidence.

  C. Defendant's request for an evidentiary outline concerning the grave risk of death to additional persons aggravating factor is **GRANTED**. The Government shall provide this information on or before Wednesday, May 15, 2013.

  D. All other relief sought by Savage is **DENIED**.

3. Steven Northington's Motion (ECF No. 364) is **GRANTED** in part and **DENIED** in part as follows:

  A. Defendant's request for an evidentiary outline concerning the grave risk of death to additional persons aggravating factor is **GRANTED**. The

Government shall provide this information on or before Wednesday, May 15, 2013.

B. Defendant's request for additional information concerning the victim impact aggravating factor is **GRANTED**. The Government shall provide all victim impact statements, or in the alternative, an outline of the evidence it intends to present with respect to each victim witness, on or before Wednesday, May 15, 2013. Upon receipt of this information, Northington may renew objections to the proposed victim impact evidence.

C. Defendant's request for an evidentiary outline concerning the future dangerousness aggravating factor is **GRANTED**. The Government shall provide this information on or before Wednesday, May 15, 2013.

D. All other relief sought by Northington is **DENIED**.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        _____
                                        **R. BARCLAY SURRICK, J.**