IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550-03 |
| STEVEN NORTHINGTON | : | NO. 07-550-05 |

## ORDER

AND NOW, this 15th day of May, 2013, upon consideration of Defendant Steven Northington's Motion to Strike the Federal Death Penalty Notice (ECF No. 370), and his Motion for Discovery to Support the Motion to Strike the Federal Death Penalty Notice (ECF No. 369), and Defendant Kaboni Savage's Motion to Strike the Revised Notice of Intent to Seek the Death Penalty (ECF No. 379), it is hereby **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**