THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     :     CRIMINAL

              :

      v.           :

              :

KABONI SAVAGE        :      NO. 07-550-03

## O R D E R

BEFORE THE HONORABLE R. BARCLAY SURRICK

    **AND NOW**, this 23rd  day of May, 2013, it is

    **ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and he is

hereby directed to furnish morning refreshments and lunch for 18 jurors engaged in the above entitled case on

May 21, 2013, May 22, 2013, and May 23, 2013.


           BY THE COURT:

             ATTEST: */s/Christina Franzese*
                  Christina Franzese
                  Acting Deputy Clerk


cc:  Fiscal Section (2)


5/23/2013    CF
  Date    By Whom

Civ 3 (4/06)