# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | |
| KABONI SAVAGE | ) | Case Number: DPAE2:07CR000550-003 |
| | ) | USM Number: 58232-066 |
| | ) | Christian Hoey, Esq. and William Purpura, Esq. |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)  1 through 7, and 9 through 17 of the 4th Superseding Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 U.S.C. § 1962(d) | Conspiracy to participate in a racketeering (RICO) enterprise | 4/21/2010 | 1 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 3/19/1998 | 2 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 9/6/2000 | 3 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 9/13/2001 | 4 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 2/26/2003 | 5 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 3/14/2003 | 6 |

The defendant is sentenced as provided in pages 2 through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  8 of the 4th Superseding Indictment  ☒ is   dismissed. (See ECF No. 855)

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/3/2013
Date of Imposition of Judgment

_[signature]_
Signature of Judge

R. Barclay Surrick, U.S. District Judge
Name and Title of Judge

June 7, 2013
Date

DEFENDANT: KABONI SAVAGE
CASE NUMBER: 07-550-03

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 3/1/2004 | 7 |
| 18 U.S.C. § 1959(a)(5) | Conspiracy to commit murder in aid of racketeering | 10/9/2004 | 9 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 10/9/2004 | 10 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 10/9/2004 | 11 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 10/9/2004 | 12 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 10/9/2004 | 13 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 10/9/2004 | 14 |
| 18 U.S.C. § 1959(a)(1) | Murder in aid of racketeering | 10/9/2004 | 15 |
| 18 U.S.C. § 1513 | Retaliating against a witness | 10/9/2004 | 16 |
| 18 U.S.C. § 844(h)(1) | Using fire to commit a felony | 10/9/2004 | 17 |

DEFENDANT: KABONI SAVAGE
CASE NUMBER: 07-550-03

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

(DEATH PENALTY ELIGIBLE COUNTS)

On Counts 2, 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, 15, and 16, Defendant is sentenced to death. The sentences imposed on Counts 2, 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, 15, and 16 shall run concurrently with each other, and shall run concurrently with any other sentence previously imposed in this or any other jurisdiction.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: KABONI SAVAGE
CASE NUMBER: 07-550-03

# ADDITIONAL IMPRISONMENT TERMS

### (NON-DEATH PENALTY ELIGIBLE COUNTS)

On Count 1, Defendant is committed to the custody of the U.S. Bureau of Prisons for a period of life. The sentence on Count 1 is to run concurrently with the sentences imposed on Counts 2, 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, 15, and 16.

On Counts 9 and 17, Defendant is committed to the custody of the U.S. Bureau of Prisons for a period of 10 years on each count. The sentence imposed on Count 9 is to run concurrently with the sentences imposed on Counts 1, 2, 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, 15, and 16. The sentence imposed on Count 17 is to run consecutively to the sentences imposed on 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, and 16.

Defendant is committed to the custody of the Attorney General until exhaustion of the procedures for appeal of the judgment of conviction and for review of the sentence. When the sentence is to be implemented, the Attorney General shall release the Defendant to the custody of the U.S. Marshal who shall supervise implementation of the sentence in the manner prescribed by the law of the Commonwealth of Pennsylvania.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | Waived by the Court | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| TOTALS | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　☐ the interest requirement is waived for the　☐ fine　☐ restitution.

　☐ the interest requirement for the　☐ fine　☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.