IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550 - 06 |
| KIDADA SAVAGE | : | |

# O R D E R

**AND NOW**, this 11th day of September, 2013, upon consideration of the Government's Motion for a Hearing and Findings Regarding Mr. Chris Phillips's Prior Employment and His Current Representation of Defendant Kidada Savage (ECF No. 1220), and Defendant Kidada Savage's Motion for Mistrial (ECF No. 1273), and all documents submitted in support thereof, and in opposition thereto, and after a hearing in open Court, is **ORDERED** that the Government's Motion is **GRANTED**, and Defendant's Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**