**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Scott J. Etish, Esquire on behalf of Defendant Kaboni

Savage as additional counsel in the above-captioned matter.

Dated:  September 3, 2021

By:  s/Scott J. Etish
　　 Scott J. Etish
　　 **GIBBONS P.C.**
　　 One Logan Square
　　 130 North 18th Street, Suite 1210
　　 Philadelphia, Pennsylvania 19103
　　 (215) 665-0400
　　 setish@gibbonslaw.com

　　 *Attorneys for Defendant*
　　 *Kaboni Savage*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2021, the foregoing Notice of Appearance of Scott J. Etish, Esquire was electronically filed with the Court and served upon all counsel of record via the Court's ECF system.

**GIBBONS P.C.**

/s/Scott J. Etish
Scott J. Etish

*Attorneys for Defendant*
*Kaboni Savage*