**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

---

### UNOPPOSED MOTION FOR APPOINTMENT OF COUNSEL

---

Kaboni Savage, a federal prisoner under sentence of death, respectfully moves, with the consent of the United States for appointment of the Federal Public Defender's Offices for the Western District of Pennsylvania and Southern District of Ohio to represent him in pursuing any and all available post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255. This motion is pursuant to 18 U.S.C. § 3599(a)(2) and is based upon the attached memorandum, exhibits, files, and records in this case. As indicated, the Government, by Robert A. Zauzmer, consents to this motion.

A proposed order is attached.

1

Respectfully submitted,

Dated: September 3, 2021

By: s/Scott J. Etish

Scott J. Etish, Esq.
**GIBBONS P.C.**
One Logan Square
130 North 18th Street, Suite 1210
Philadelphia, Pennsylvania 19103
(215) 665-0400
setish@gibbonslaw.com

Lawrence S. Lustberg, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
(973) 596-4731
LLustberg@gibbonslaw.com

*Attorneys for Defendant*
*Kaboni Savage*

2