## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion pursuant to 18 U.S.C. § 3599(a)(2); supporting memorandum and proposed order were filed electronically through the ECF system and notice sent to counsel of record for all parties on this date.

_s/Scott J. Etish_
Scott J. Etish, Esq.