# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

---

## [PROPOSED] ORDER

---

AND NOW, this ___ day of _____, 2021, upon consideration of Kaboni Savage's *Motion for Appointment of Counsel*, it is hereby

ORDERED as follows:

1. Kaboni Savage's motion is GRANTED.

2. The Federal Public Defender's Office for the Western District of Pennsylvania and the Federal Public Defender's Office for the Southern District of Ohio are hereby appointed to represent defendant Kaboni Savage in post-conviction proceedings, including the preparation of a motion under 28 U.S.C. § 2255.

_____
Honorable R. Barclay Surrick
United States District Judge