**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

## NOTICE OF APPEARANCE ON BEHALF OF KABONI SAVAGE

Pursuant to the Order on the Motion to Appoint Counsel (Doc. 1719), please enter the

appearance of Natalie Olmstead, Assistant Federal Public Defender, on behalf of Petitioner

Kaboni Savage as additional counsel in the above-captioned matter.

Respectfully submitted,

*Natalie Olmstead*

Attorney Natalie Olmstead
Chief, Capital Habeas Unit
Federal Public Defender Office
Southern District of Ohio
10 West Broad St., Suite 1020
Columbus, OH 43215
Natalie_Olmstead@fd.org
614-469-4141 (phone)
614-469-5999 (fax)
OH Bar: 85977
AL Bar: ASB 3119L00O
CT Bar: 430791

ATTORNEY FOR KABONI SAVAGE

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties on 9/9/2021.


*Natalie Olmstead*
Attorney Natalie Olmstead
Chief, Capital Habeas Unit
Federal Public Defender Office
Southern District of Ohio
10 West Broad St., Suite 1020
Columbus, OH 43215
Natalie_Olmstead@fd.org
614-469-4141 (phone)
614-469-5999 (fax)
OH Bar: 85977
AL Bar: ASB 3119L00O
CT Bar: 430791

ATTORNEY FOR KABONI SAVAGE