**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

---

### NOTICE OF APPEARANCE ON BEHALF OF KABONI SAVAGE

---

Pursuant to the Order on the Motion to Appoint Counsel (Doc. 1719), please enter the appearance of Kathryn Bailey, Assistant Federal Public Defender, on behalf of Petitioner Kaboni Savage as additional counsel in the above-captioned matter.

Respectfully submitted,

Kathryn Bailey
Assistant Federal Public Defender
Capital Habeas Unit
PA ID 308242

Office of the Federal Public Defender
Western District of Pennsylvania
1001 Liberty Avenue, Ste. 1500
Pittsburgh, PA 15222
Kara_Bailey@fd.org
(412) 644-6565

ATTORNEY FOR KABONI SAVAGE