**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties on 9/9/2021.

Kathryn Bailey
Assistant Federal Public Defender
Capital Habeas Unit
PA ID 308242

Office of the Federal Public Defender
Western District of Pennsylvania
1001 Liberty Avenue, Ste. 1500
Pittsburgh, PA 15222
Kara_Bailey@fd.org
(412) 644-6565

ATTORNEY FOR KABONI SAVAGE