**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

---

### NOTICE OF APPEARANCE ON BEHALF OF KABONI SAVAGE

---

Pursuant to the Order on the Motion to Appoint Counsel (Doc. 1719), please enter the appearance of Bridget L. Kennedy on behalf of Petitioner Kaboni Savage as additional counsel in the above-captioned matter.

Respectfully submitted,


 _s/ Bridget L. Kennedy_____
Bridget L. Kennedy
OH State Bar No. 108802
CA State Bar No. 253416

Office of the Federal Public Defender
Southern District of Ohio
Capital Habeas Unit
10 W. Broad St., Suite 1020
Columbus, OH 43215
bridget_kennedy@fd.org
(614) 469-4141

ATTORNEY FOR KABONI SAVAGE

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties on February 7, 2022.

_s/ Bridget L. Kennedy_
Bridget L. Kennedy
OH State Bar No. 108802
CA State Bar No. 253416

Office of the Federal Public Defender
Southern District of Ohio
Capital Habeas Unit
10 W. Broad St., Suite 1020
Columbus, OH 43215
bridget_kennedy@fd.org
(614) 469-4141

ATTORNEY FOR KABONI SAVAGE

2