**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

---

### NOTICE OF APPEARANCE ON BEHALF OF KABONI SAVAGE

---

Pursuant to the Order on the Motion to Appoint Counsel (Doc. 1719), please enter the appearance of Ryan Norwood, Assistant Federal Public Defender, on behalf of Petitioner Kaboni Savage as additional counsel in the above-captioned matter.

Respectfully submitted,

_s/ Ryan Norwood_____
Ryan Norwood
Assistant Federal Public Defender
Capital Habeas Unit
NH Bar15604

Office of the Federal Public Defender
Western District of Pennsylvania
1001 Liberty Avenue, Ste. 1500
Pittsburgh, PA 15222
ryan_norwood@fd.org
(412) 644-6565

ATTORNEY FOR KABONI SAVAGE

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties on February 7, 2022.

_s/ Ryan Norwood_
Ryan Norwood
Assistant Federal Public Defender
Capital Habeas Unit
NH Bar15604

Office of the Federal Public Defender
Western District of Pennsylvania
1001 Liberty Avenue, Ste. 1500
Pittsburgh, PA 15222
ryan_norwood@fd.org
(412) 644-6565

ATTORNEY FOR KABONI SAVAGE

2