

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Direct Dial: (215) 861-8475* | *615 Chestnut Street* |
| *Facsimile: (215) 861- 8618* | *Suite 1250* |
| *E-mail Address:david.troyer@usdoj.gov* | *Philadelphia, Pennsylvania 19106-4476* |
| | *(215) 861-8200* |

September 19, 2022

Ms. Lisa B. Freeland, Esquire
Federal Public Defender
1001 Liberty Avenue, Suite 1500
Pittsburgh, PA  15222

Re:    *United States v. Kaboni Savage*, E.D. Pa. #07-550.

Dear Ms. Freeland,

This letter memorializes the Government's agreement regarding the filing of a petition pursuant to 28 U.S.C. § 2255 on behalf of defendant Kaboni Savage in the above-captioned case in U.S. District Court. Pursuant to the electronic communication from the United States Attorney to you on September 14, 2022, the United States agrees as follows:

The defendant Savage is currently required, pursuant to 28 U.S.C. § 2255(f)(1), to file his motion to vacate, set aside, or correct his convictions and sentence on or before November 15, 2022 – one year following the date on which his judgment became final. Based on defense counsel's claims regarding the complexity of the case, and on your health-related representations regarding the effect of COVID-19 on your ability to complete and file the § 2255 petition in an otherwise timely manner, the undersigned Assistant U.S. Attorney has been directed to agree to a six-month extension of the statute of limitations, meaning that, provided the defendant Savage's petition is filed by May 15, 2022, the United States will not pursue any statute of limitations claim.

The sole basis of this agreement is the government's consent. The United States maintains its right to object to any request for an extension of 28 U.S.C. § 2255's deadlines without the United States' consent or waiver. The United States maintains that the district court has neither statutory

authority nor jurisdiction to grant requests for the extension of deadlines pursuant to 28 U.S.C. § 2255.

The United States also reminds counsel that it will not agree to any further extension of deadlines. Absent any further such agreement, the United States maintains its right to dispute the timeliness of any § 2255 petition or supplement filed after May 15, 2022, and its right to dispute any claimed entitlement to equitable tolling. Thank you.

JACQUELINE C. ROMERO
United States Attorney

_____

David E. Troyer
Assistant United States Attorney
Chief, Government & Healthcare Fraud
Eastern District of Pennsylvania
215-861-8475
david.troyer@usdoj.gov