IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　　　:

　　　　　v.　　　　　　　　　　　　:　　　　CRIMINAL NO. 07-550

　　　　　　　　　　　　　　　　　　:

 LAMONT LEWIS, et al

WITHDRAWAL OF APPEARANCE

　　　Kindly withdraw the appearance of former Assistant United States Attorney John M.

Gallagher on behalf of the United States of America.


JACQUELINE C. ROMERO
UNITED STATES ATTORNEY


　　　*/s/ David E. Troyer*　　
DAVID E. TROYER
Assistant United States Attorney