**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## PROPOSED ORDER

---

**AND NOW**, this _____ day of _____, 2023, upon consideration of defense counsel's Motion for Limited Disclosure of Juror Identities and Leave to Contact Jurors (filed Feb. 22, 2023), it is **ORDERED** that the complete identifying information of the 18 jurors and alternate jurors who served at the 2013 trial in this case shall be released, under seal, to counsel of record for the defense.

Such information shall remain in the exclusive possession of members of the defense team and may not be provided in any manner to anyone else including Defendant Kaboni Savage, any co-defendant, or any third party. It is **FURTHER ORDERED** that the defense team is permitted to contact the jurors. It is **FURTHER ORDERED** that all information learned during any such juror contact or any juror investigation, including any information about the jurors learned from publicly-available sources, must be filed under seal and may not be provided to anyone else,

including Defendant Kaboni Savage, any co-defendant, or any third party without further order of this Court.

**IT IS SO ORDERED.**