**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| | ) | |
| **Defendant** | ) | **\*\*CAPITAL CASE\*\*** |

---

## [PROPOSED] PROTECTIVE ORDER

---

AND NOW, this ___ day of _____, 2023, upon consideration of Kaboni Savage's *Motion for Temporary Protective Order and Leave to File Motion to Vacate, Set Aside, or Correct Conviction and Sentence Pursuant to 28 U.S.C. §2255 Under Seal*, for good cause shown, it is hereby ORDERED as follows:

1. Defendant Kaboni Savage's motion is GRANTED.

2. Defendant's motion pursuant to 28 U.S.C. §2255 and all supporting documents, including exhibits, shall be filed under seal and in unredacted form by May 15, 2023.

3. Mr. Savage's Motion and supporting documents shall remain under seal until further order of this Court.

_____
R. Barclay Surrick
United States District Judge

2