# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 2:07-cr-00550-RBS |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KABONI SAVAGE, | ) | Hon. R. Barclay Surrick |
| | ) | |
| | ) | |
| Defendant | ) | **CAPITAL CASE** |

## [PROPOSED] ORDER

AND NOW, this 17th day of ___May___, 2023, upon consideration of Kaboni Savage's *Motion to Expand Page Limit for Motion to Vacate, Set Aside, or Correct Conviction and Sentence Pursuant to 28 U.S.C. §2255*, it is hereby ORDERED as follows:

1. Kaboni Savage's motion is GRANTED.

2. The Motion filed on or before May 15, 2023, pursuant to 28 U.S.C. §2255, shall not exceed 750-pages.

s/ R. Barclay Surrick

R. Barclay Surrick
United States District Judge

2