**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | **Criminal No. 2:07-cr-00550-RBS** |
| | **)** | |
| | **)** | |
| | **)** | |
| **v.** | **)** | |
| | **)** | **Hon. R. Barclay Surrick** |
| **KABONI SAVAGE,** | **)** | |
| | **)** | |
| | **)** | **CAPITAL CASE** |
| **Defendant.** | **)** | |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2023, upon consideration of

Kaboni Savage's Motion for Order to Permit Defense Counsel to View Files at the

Philadelphia District Attorney's Office, (ECF No. 1749), it is **ORDERED** that defense

counsel be permitted to view the following files, to the extent permitted under the

Philadelphia District Attorney Office's Open File Discovery policy:

1. All DAO files and the PPD H-file relating to the murder of Kenneth Lassiter;

2. All DAO files and the PPD H-file relating to the murder of Mansur Abdullah aka Shafiq aka Shafeeq aka Robert Yates;

3. All DAO files and the PPD H-file relating to the murder of Ronald Walston, aka Pumpkin;

4. All DAO files and the PPD H-file relating to the murder of Carlton Brown, aka Mohammed aka Charlton Brown;

5. All DAO files and the PPD H-file relating to the murder of Mustafa Bey;

6. All DAO files and the PPD H-file relating to the murder of Barry Parker;

7. All DAO files and the PPD H-file relating to the murder of Tyrone Toliver;

8. All DAO files and the PPD H-file relating to the murder of Kareen Bluntly aka Brian Pride aka Bryant Pride;

9. All DAO files and the PPD H-file relating to the murder of Tybius Flowers;

10. All DAO files and the PPD H-file relating to the deaths of Marcella Coleman, Sean Rodriguez, Tameka Nash, Khadijah Nash, Damir Jenkins and Tajh Porchea.

**IT IS SO ORDERED.**

_____

**Hon. R. Barclay Surrick**
**United States District Judge**