# Exhibit

# E

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    04/01/2011

HENRY SADOWSKI, Regional Counsel, United States Department of Justice, Federal BUREAU OF PRISONS (BOP), provided by e-mail a Federal BOP Federal Detention Center letterhead memo from M. BITTNER, SOS, regarding inmate KABONI SAVAGE, Federal Register #58232-066. Attached to the memo were 27 pages of Federal BOP Sentry CIM Clearance and Separatee Data (PP10s) for inmate KABONI SAVAGE, Federal Register #58232-066.

SADOWSKI stated that the Sentry CIM Clearance and Separatee Data was removed while an inventory was being conducted of inmate SAVAGE's legal property in the FEDERAL DETENTION CENTER (FDC). SADOWSKI stated that the Sentry CIM Clearance and Separatee Data are the property of the Federal BOP and no inmate should have those documents in their possession. SADOWSKI indicated that Federal BOP would be doing an internal investigation.

A copy of the letterhead memorandum is attached.

The Sentry CIM Clearance and Separatee Data forms were placed in a 1A envelope, sealed shut and provided to the Chief Division Council's Office of the FEDERAL BUREAU OF INVESTIGATION, Philadelphia.

Investigation on    3/18/2011    at    PHILADELPHIA, PA.

File # 245D-PH-82681

Date dictated    3/25/2011

by    SA KEVIN M. LEWIS:FKW

Ex. E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency. it and its contents are not to be distributed outside your agency.



# U.S. Department of Justice

# Federal Bureau of Prisons

# Federal Detention Center

P.O. Box 572
Philadelphia, Pennsylvania 19105

Date 3-17-2011

MEMORANDUM FOR: D. KNOX, Captain

FROM:          M. Bittner, S.O.S

SUBJECT:       I/M Savage, K #58232-066


On 3-17-11 at approximately 12:15 p.m., I was conducting an inventory of I/M Savage's legal property in the Lieutenant's Office. Inside his legal paperwork there were 27 pages of SENTRY CIM clearance and separate data (PP10's), from several Institutions I/M Savage was previously housed.

Ex. E