# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

                                                    :          CRIM. NO. 07-550

KABONI SAVAGE                            :


**GOVERNMENT'S MOTION FOR ORDER GRANTING PREVIOUS MOTION TO ESTABLISH WAIVER OF ATTORNEY/CLIENT PRIVILEGE (Dk. # 1755) AND TO DIRECT THE PROVISION OF INFORMATION RELEVANT TO THE DEFENDANT'S PENDING § 2255 MOTION**

The United States of America, by its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and David E. Troyer, Assistant United States Attorney for the district, respectfully files this Motion for an Order Granting the Government's previous Motion to Establish a Waiver of the Attorney/Client Privilege and to Direct the Provision of Information Relevant to the Defendant's Pending § 2255 Motion (Dk. # 1755), in support of which the government states as follows:

1.      Pending before this court is the 715-page petition of Kaboni Savage, filed pursuant to 28 U.S.C. § 2255 on May 15, 2023. Although this Court has not ordered a response or given a deadline for responding, the government has been diligently working on a response in opposition to the petition.

2.      Among other claims, Savage alleges numerous forms of ineffective assistance of counsel by his trial attorneys, thus waiving the attorney-client privilege as to those issues. The case law on that issue is clear. Accordingly, in order to complete the government's response to this petition, the undersigned Assistant U.S. Attorney needs to speak to trial counsel. Trial counsel have told me that they are all willing to speak to me,

and testify, but only with the protection of a court order from this Court, permitting them to do so. Thus, on November 2, 2023, the government filed a motion for an order declaring the attorney-client privilege to be waived as to these issues, and permitting trial counsel to speak to me concerning those same issues (Dk. #1755). Post-conviction counsel for Savage filed a response opposing that motion. No order has yet been issued.

3.      The government needs an Order from this Court resolving this issue, so that we can move forward on the 2255 petition without further delay. The government cannot fully respond, absent speculation, without obtaining the pertinent facts from trial counsel. Thus, the government respectfully seek an Order regarding our motion (Dk. # 1755).

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


 _s/ David E. Troyer_                      /
DAVID E. TROYER
Assistant United States Attorney
Chief, Narcotics & Organized Crime

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed via ECF and via electronic mail, and was thus served on defense counsel:

Ryan Norwood, Esquire
Bridget L. Kennedy, Esquire
Natalie Olmstead, Esquire
Kara Bailey, Esquire
Assistant Federal Defenders
Attorneys for Kaboni Savage

<u>s/  David E. Troyer                          /</u>
DAVID E. TROYER
Assistant United States Attorney

Date:  January 8, 2024

3