**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| **Defendant.** | ) | **Death Penalty Case** |

---

**RESPONSE TO GOVERNMENT'S MOTION FOR ORDER GRANTING PREVIOUSLY FILED MOTION**

---

On November 2, 2023, the government filed a Motion to Establish the Waiver of Attorney-Client Privilege and to Direct the Provision of Information Relevant to the Defendant's Pending § 2255 Motion. Doc. 1755. This pleading asked the Court to authorize the government to conduct *ex parte*, off-the-record interviews with Mr. Savage's former trial counsel for the purpose of preparing a response to his § 2255 motion.

In a Response dated November 16, 2023, Mr. Savage provided extensive authority in support of three basic points. *First*, the American Bar Association has determined that former counsel cannot ethically participate in the unsupervised interviews sought by the government. Doc. 1758 at 4-10. *Second*, the vast majority of courts and jurisdictions to consider the issue have accordingly declined to allow the *ex parte* contact sought by the government here. *Id*. at 10-19. And *third*, the government's request is in any event premature and there is no right or need for the government to have access to former counsel before filing its response. *Id*. at 11, 19-20.

The government responded with a 4 ½ page Reply in which it cited no legal authority. *See* Doc. 1759.

1

The government now moves for the Court to grant the prior Motion, reiterating its assertions about both the purported merits and urgency of their request. Doc. 1761. For the reasons already briefed, the government's extraordinary request should not be granted. Nor should consideration of the government's recently filed motion be prioritized ahead of other pending matters, such as five defense motions concerning the investigation of Mr. Savage's claims. *See* Docs. 1724, 1735, 1738, 1749, 1752, and related pleadings.

## CONCLUSION

WHEREFORE, Kaboni Savage respectfully requests that this Honorable Court consider the government's motion in due course and deny it.

Respectfully submitted,

***/s/ Kathryn Bailey***

Kathryn Bailey
PA ID 308242
Assistant Federal Public Defenders
Capital Habeas Unit
Office of the Federal Public Defender
Western District of Pennsylvania
1001 Liberty Avenue, Ste. 1500
Pittsburgh, PA 15222
kara_bailey@fd.org
(412) 644-6565

2

***/s/ Bridget L. Kennedy***

Bridget L. Kennedy
CA Bar 253416; OH Bar 100802
Assistant Federal Public Defender
Capital Habeas Unit
Office of the Federal Public Defender
Southern District of Ohio
10 West Broad Street, Suite 1020
Columbus, OH 43215
Bridget_kennedy@fd.org
(614) 469-4141


ATTORNEYS FOR KABONI SAVAGE

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties on this date.

*/s/Kathryn Bailey*

Kathryn Bailey
PA ID 308242
Assistant Federal Public Defender
Capital Habeas Unit
Office of the Federal Public Defender
Western District of Pennsylvania
1001 Liberty Avenue, Ste. 1500
Pittsburgh, PA 15222
kara_bailey@fd.org

(412) 644-6565

ATTORNEY FOR KABONI SAVAGE

1