**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. R. Barclay Surrick** |
| | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

---

**UPDATED NOTICE OF APPEARANCE ON BEHALF OF KABONI SAVAGE**

---

Pursuant to the Order on the Motion to Appoint Counsel (Doc. 1719), Assistant Federal Public Defender Ryan Norwood, then with the Federal Defender for the Western District of Pennsylvania, entered an appearance to represent Petitioner Kaboni Savage as additional counsel in the above-captioned matter on February 4, 2022.  Attorney Norwood has since transferred to the Federal Public Defender for the District of Nevada.   Counsel has obtained approval from the Defender Services Office (DSO) to continue representation of Mr. Savage.  This approval follows DSO's notification of the Chief Justice Michael Chargares of the Court of Appeals for the Third Circuit, and Chief Justice Mary Murguia of the Court of the Appeals for the Ninth Circuit, who have been informed of the situation and who have not expressed any questions or concerns.

Counsel would accordingly seek to update his appearance as noted below.

1

Respectfully submitted,

*/s/ Ryan Norwood*

Ryan Norwood
Assistant Federal Public Defender
NH Bar15604
Office of the Federal Public Defender
District of Nevada
411 E. Bonneville St
Las Vegas, NV 89101
ryan_norwood@fd.org
(702) 388-6577

ATTORNEY FOR KABONI SAVAGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties on April 19, 2024.

*/s/ Ryan Norwood*

_____

Ryan Norwood
Assistant Federal Public Defender
NH Bar 15604
Office of the Federal Public Defender
District of Nevada
411 E. Bonneville St
Las Vegas, NV 89101
ryan_norwood@fd.org
(702) 388-6577

ATTORNEY FOR KABONI SAVAGE