

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215) 861-8475*
*Facsimile: (215) 861-8618*
*E-mail Address:david.troyer@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 13, 2024

Hon. R. Barclay Surrick
Senior United States District Judge
8614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:    Order declaring waiver of attorney-client privilege as to 2255 petition
in *U.S. v. Kaboni Savage*, #07-550.

Dear Judge Surrick,

Most respectfully, 286 days have now elapsed since the government
filed its simple motion for an order declaring the attorney-client privilege to
be waived, as to the ineffective assistance of counsel allegations made by
Kaboni Savage in his 2255 petition (Dk. #1755). This order is absolutely
essential for this matter to proceed, as defense trial counsel will not speak to
me or inform me as to the merits, or lack of merits, of the allegations Savage
made against them, without an order.

Put simply, I need to respond to this 15-month-old petition regarding
this 11-year-old conviction and sentence, but I cannot factually respond to
the merits of this petition without first interviewing trial counsel. The lack of
an order is currently the only thing preventing me from filing the
government's response.

Despite the fact that Savage has clearly waived his privilege, and the
Supreme Court case law clearly calls for this order, counsel for Savage filed
a response opposing that motion, and has essentially threatened trial counsel
with ethics violations if they speak to me without an order. Their grounds for
opposing the government's motion are frivolous, and appear to be part of
their long-standing strategy of delay.

This is the third letter I have written the Court seeking a resolution of this issue, since my filing of November 2, 2023. I apologize for troubling the Court with this matter, but I need to move this matter forward. Thus, I respectfully seek an Order regarding our motion. Thank you for your consideration of this matter.

JACQUELINE C. ROMERO
United States Attorney


_____

David E. Troyer
Assistant United States Attorney
Chief, Narcotics & Organized Crime

cc: Defense counsel