**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SAVAGE, ET AL.** | : | **NO.: 07-CR-550-ALL** |

## O R D E R

**AND NOW**, this 6TH day of NOVEMBER   **2025,** it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable R. Barclay Surrick to the calendar of the Honorable Chad F Kenney.

                                        **FOR THE COURT:**


                                         **S/Wendy Beetlestone**
                                        **WENDY BEETLESTONE**
                                        **Chief Judge**