# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **KABONI SAVAGE,** | **:** | **NO. 07-cr-550-3** |
| **Defendant.** | **:** | |

## ORDER

**AND NOW,** this **25th day** of **November 2025**, upon review of the docket and Defendant's

Motion to Vacate, Set Aside, or Correct Conviction and Sentence Pursuant to 28 U.S.C. § 2255

(ECF No. 1746), it is hereby **ORDERED** that:

1. The Government shall respond to Defendant's § 2255 Motion (ECF No. 1746) on or

   before **December 30, 2025**; and

2. Having been reassigned the above-captioned case from the Honorable R. Barclay

   Surrick, all pending motions—Defendant's Motion to Allow Telephone and In-Person

   Contact with Investigators and Mitigation Specialists (ECF No. 1724), Defendant's

   Motion to Allow Filing of Exhibits on Public Docket (ECF No. 1725), Defendant's

   Motion for Exculpatory and Impeachment Information (ECF No. 1735), Defendant's

   Motion for Limited Disclosure of Juror Identities and Leave to Contact Jurors (ECF

   No. 1738), Defendant's Motion for Order to Permit Defense Counsel to View Files at

   the Philadelphia District Attorney's Office (ECF No. 1749), Defendant's Motion for

   Discovery Relating to Claims Involving Mr. Savage's Purported "Future

   Dangerousness" (ECF No. 1752), and Defendant's Motion for Discovery Relating to

   Jury Composition Claims (ECF No. 1763)—are **DENIED** without prejudice to allow

   for re-filing if relevant to Defendant's pending § 2255 Motion (ECF No. 1746).

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**