## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (Philadelphia)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. Chad F. Kenney** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR A SCHEDULING ORDER

Now that the government has filed a response to Kaboni Savage's 28 U.S.C. § 2255 motion, the rules set out an inefficient process where Mr. Savage "as a matter of course" has 21 days to file an amended 2255 motion, (Fed. R. Civ. P. 15(a)(1)(B)), the government then has 14 days to file an amended response, (Fed. R. Civ. P. 15 15(a)(3)), and Mr. Savage then has 30 days to file a reply, (E.D. Pa. Civ. R. 9.4(C)(2)). Under the rules, discovery litigation would only *then* begin, and if the discovery yielded new evidence would precipitate another amendment (Fed. R. Civ. P. 15(a)(2)), another government answer, and finally another reply by Mr. Savage, before even getting to an evidentiary hearing.[1]

---

[1] Since the government has now denied pertinent facts in its Answer, this Court must hold an evidentiary hearing. *See* Rules Governing Section 2255 Proceedings, Rule 5, Advisory Committee Note ("Numerous cases have held that the

1

Mr. Savage seeks a more streamlined and efficient process where the Court first schedules discovery litigation. Mr. Savage will then file a single amendment if the Court authorizes discovery and if information uncovered in discovery necessitates an amendment.

Mr. Savage respectfully requests the following schedule: Mr. Savage will file a motion setting out good cause to seek discovery under Rule 6 and *Bracy v. Gramley*, 520 U.S. 899 (1997) within 30 days of this Court's order granting this motion. Mr. Savage's motion will include his specific discovery requests for each surviving claim. The government will be permitted 30 days to file a response to the discovery motion, and Mr. Savage will be permitted 14 days to file a reply to the government's response. If this Court finds there is good cause to conduct discovery, Mr. Savage requests that the Court set a 120-day period to complete the discovery granted. If this Court finds there is not good cause to conduct discovery then Mr. Savage's amended motion would be due 14 days from the filing of the order, or

---

government's answer and affidavits are not conclusive against the movant, and if they raise disputed issues of fact a hearing must be held."), available online at: https://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title28-section2255&num=0&edition=prelim; *see also Machibroda v. United States*, 368 U.S. 487, 495-96 (1962); *United States v. Costanzo*, 625 F.2d 465, 468 (3d Cir. 1980) ("It is well established that where a 'motion for relief under § 2255 raises an issue of fact which cannot be conclusively determined from 'the motions and the filed and records of the case,' the movant is entitled to a judicial hearing at which he and his witnesses may be heard.'" (quoting *Del Piano v. United States*, 362 F.2d 931, 933 (3d Cir. 1966)).

if no amendment is filed then Mr. Savage's reply would be due 30 days from the filing of the order. A proposed order follows.

This scheduling order promotes judicial economy without curtailing any of Mr. Savage's rights or harming governmental interests.

Respectfully submitted,

*/s/ Bridget L. Kennedy*
Bridget L. Kennedy
OH Bar 100802
Assistant Federal Public Defender
Capital Habeas Unit
Office of the Federal Public Defender
Southern District of Ohio
10 West Broad Street, Suite 1020
Columbus, OH 43215
bridget_kennedy@fd.org
(614)-469-4141

*/s/ Ryan Norwood*
Ryan Norwood
NH Bar 15604
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Nevada
411 E. Bonneville St.
Las Vegas, NV 89101
ryan_norwood@fd.org
(702) 388-6577

ATTORNEYS FOR KABONI SAVAGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 2:07-cr-00550-RBS |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KABONI SAVAGE, | ) | Hon. Chad F. Kenney |
| | ) | |
| | ) | |
| Defendant | ) | |

---

## [PROPOSED] ORDER

---

Upon good cause shown, it is ordered that:

1. Defendant's motion to conduct discovery is due within 30 days of the entry of this order;

2. The government's response to the motion to conduct discovery is due within 30 days of the filing of the defendant's discovery motion;

3. Defendant's reply to the government's response to the discovery motion is due 14 days after the filing of the government's response;

4. This Court will then rule on whether discovery is permitted as to each request, and if discovery is permitted the parties will have 120 days from the date of such order to complete discovery production;

5. The parties will submit a proposed scheduling order for any amended 2255 motion, response, and reply, based on the scope of the discovery being produced;

1

2

6. Alternatively, if this Court finds there is no good cause to conduct discovery, defendant's amended 2255 motion will be due 14 days after the order denying discovery, or if no amended petition is filed the defendant's reply to the government's response to the 2255 motion will be due 30 days after the order.

Chad F. Kenney
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically through the ECF

system and notice sent to counsel of record for all parties on this date.

*/s/ Bridget L. Kennedy*
Bridget L. Kennedy
OH Bar 100802
Assistant Federal Public Defender
Capital Habeas Unit
Office of the Federal Public Defender
Southern District of Ohio
10 West Broad Street, Suite 1020
Columbus, OH 43215
bridget_kennedy@fd.org
(614)-469-4141

ATTORNEY FOR KABONI SAVAGE

3