**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KABONI SAVAGE,** | : | **NO. 07-cr-550-3** |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this **30th day** of **December 2025**, upon consideration of Defendant's Motion for a Scheduling Order (ECF No. 1796), it is hereby **ORDERED** that the Motion (ECF No. 1796) is **DENIED**. Defendant shall follow the standard procedure for amendment, response, and reply as set forth by the rules for 28 U.S.C. § 2255 motions.

**BY THE COURT:**

 /s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**