# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KABONI SAVAGE,** | : | **NO. 07-cr-550-3** |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this **2nd day** of **January 2026**, upon consideration of Defendant's Motion to Set Sixty-Day Deadline for Filing of Reply to Answer (ECF No. 1798), it is hereby **ORDERED** that the Motion (ECF No. 1798) is **GRANTED**. Defendant's reply shall be filed on or before **February 17, 2026 at noon**.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**